# ORIGINAL

JAMON R. HICKS, ESQ. (SBN 232747)
**THE COCHRAN FIRM – LOS ANGELES**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone (323) 931-6200
Facsimile (323) 931-9521

(Under Seal)

Attorneys for Defendant
**DARRIN EBRON**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 10-1236-R |
| Plaintiff, | |
| vs. | **DEFENDANT'S OBJECTIONS TO THE UNITED STATES PROBATION OFFICER'S PRE-SENTENCING REPORT** |
| RICKY JAMES BRASCOM, et al. | |
| Defendants. | |

Defendant Darrin Ebron, by and through his attorney of record, Jamon R. Hicks of the **Cochran Firm - Los Angeles**, submits his objections to the Presentence Report.

These objections are based upon the attached Memorandum of Points and Authorities, all filed and records in this case, and any further evidence as may be adduced during sentencing.

(Under Seal)

JAMON R. HICKS, ESQ. (SBN 232747)
**THE COCHRAN FIRM – LOS ANGELES**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone (323) 931-6200
Facsimile (323) 931-9521

Attorneys for Defendant
**DARRIN EBRON**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>RICKY JAMES BRASCOM, et al.<br><br>*Defendants*. | Case No.: 10-1236-R<br><br>**DEFENDANT'S OBJECTIONS TO THE UNITED STATES PROBATION OFFICER'S PRE-SENTENCING REPORT** |

Defendant Darrin Ebron, by and through his attorney of record, Jamon R. Hicks of the **Cochran Firm - Los Angeles**, submits his objections to the Presentence Report.

These objections are based upon the attached Memorandum of Points and Authorities, all filed and records in this case, and any further evidence as may be adduced during sentencing.

1  Dated: October 3, 2011

Respectfully Submitted,

**Cochran Firm - Los Angeles**

By: _____

Jamon R. Hicks

# **OBJECTIONS**

## I. Introduction

Defendants Ricky James Brascom, Charles Dwight Ransom, Jr., Darrin Ebron, Heriberto Lopez, Leonardo Concepcion, Jerome Mondale Brascom, Marlon Parris, Steven Velazquez, Alberto Cruzado are charged in a seven (7) count indictment. On July 1, 2011 Darrin Ebron entered a plea of guilty to Count I of the Indictment. Count I charges a violation of 21 U.S.C Section 846: Conspiracy to distribute at least five kilograms of cocaine in violation of 21 U.S.C. Sections 841(a)(1),(b)(1)(A)(ii), thereby triggering a mandatory minimum ten-year sentence.

The Presentence Report ("PSR") was disclosed on September 6, 2011. In the PSR, the U.S. Probation Officer ("USPO") calculates a total offense level of 31, and a criminal history category of I. Specifically, the USPO found a base offense level of 34, for at least 5 kilograms of cocaine (U.S.S.G Section 2D1.1). The resulting guideline range is 120 to 135 months. The USPO's recommendation letter was filed in camera with the Court.[1]

///

---

[1] Mr. Darrin Ebron preserves his objections to any proposed supervised release conditions.

Mr. Ebron submits his objections to the PSR and will file his sentencing position paper addressing the relevant *Booker* factors in a subsequent pleading by October 17, 2011, pursuant to this Court's order.

## II. Objections

### A. Safety Valve

Although the PSR does not address safety-valve eligibility, Mr. Darrin Ebron meets the criteria set forth in U.S.S.G. Section 5C1.2(a)(1)-(5). As the PSR indicates, Mr. Ebron has limited criminal history, did not use any violence or credible threats of violence, did not possess a firearm, and the offense did not result in death or serious bodily injury. Additionally, Mr. Ebron was not an organizer, leader, manager or supervisor; rather he possessed a limited role. Mr. Ebron did not recruit any of the Defendants, nor did he manage or supervise them. Lastly, on June 30, 2011, Mr. Ebron proffered to the Government everything he knows about the offense. Additionally, he provided information to assist the Government in finding two fugitive Defendants as well as provide information about other drug related activities not connected to this case.

///

///

///

**B.     Minor Role**

In tandem with the safety-valve requirements, Mr. Ebron was a minor participant in the criminal activity. Of the seven count (7) indictment, Mr. Ebron was only named in Counts 1 and 7. (PSR Para. #1).

**C.     Self-Surrender**

On November 2, 2010, a Criminal Complaint was filed in this district, and a no-bail warrant was issued as to Ebron. It is important to note that Mr. Ebron self-surrendered to the United States Marshal's Service in Newark, New Jersey, Docket No. 10-mj-08320, on the warrant. The magistrate court ordered Mr. Ebron released on his recognizance that day. On November 23, 2010, during a bail hearing, Mr. Ebron was released on a secured $500,000 appearance bond with deeding of two properties and Pretrial Services Agency supervision.

On December 6, 2010, Mr. Ebron self-surrendered in this district, and the Court temporarily granted the Government's application for bail review and ordered Mr. Ebron temporarily detained. On February 7, 2011, the Court ordered Mr. Ebron detained without bail. At all times, Mr. Ebron has complied with the Court's orders.

///

///

///

### D. Downward Departure

In the PSR, the USPO indicated that she has not "identified any factors that would warrant a recommendation for a departure from the advisory guideline range." The following factors should be considered for a downward departure:

#### 1. Family History

Mr. Ebron is the sole financial provider for his mother who currently is extremely sick. He is responsible for coordinating with his mom's care-giver. "Ebron indicated that because his brother is comfortable with a modest living and Ebron is more motivated in pursuing additional opportunities, Ebron had more financial resources to pay for his mother's medical expenses." (PSR Para. 85) "Prior to Ebron's incarceration, Ebron paid for his mother's medical bills and paid for someone to be their mother's care-giver." (PSR Para. 86)

In addition, Mr. Ebron has four children whom he provides both financial and emotional support. His oldest child, Darrin Ebron Jr. is already enrolled at the University of Delaware.

#### 2. Educational History

Mr. Ebron has an extensive and successful educational background. He has completed 16 years of education including post-secondary as he is a graduate from Frostburg University. Mr. Ebron recognizes the importance of education, evidenced by the fact that he continues to give back to his alma mater. "During the

recent years, through his interactions with his college alumni network, Ebron learned that only about one-third of minority students graduate from college. He decided to sponsor a weekend culture diversity program at his alma mater, which has a 3% minority student population, and to fund scholarships for a few students who were from the Baltimore area and who were dedicated to music and art as their careers." (PSR Para. 93)

### 3. Employment History

Since graduating from College, Mr. Ebron has maintained gainful employment in a variety of Entertainment ventures and industries. "He has worked as a DJ since college, and continued to work as a DJ, music producer, and clothing designer until right before his arrest." (PSR Para. 102) "During the last five years, Ebron owned and operated Good Life American Clothing, LLC. Ebron designed luxury T-shirts scarves, and clothing with Impressionist-style original artwork. He had decided to shift his career focus to clothing design, had his designs manufactured in factories in Downtown Los Angeles and overseas, and sold the products in about 30 boutiques nationwide, including Fred Segal." (PSR Para. 103) "From 2000 to 2006, Ebron worked as an Executive Vice President of Artist and Repertoire (A&R) and Promotions at Edmonds Record Group." (PSR Para. 108) "From 2006 to 2008, Ebron worked as an A&R consultant for J Records/BMG." (PSR Para. 107) "From 2008 to the time of his arrest, Ebron has

worked as an A&R / Development Consultant for Baby Face (Island/Def Jam Joint Ventures). His duties include scouting talent for potential recording contract signings; selecting writers, musicians, producers, and engineers for album signing; managing budgets; overseeing artist styling and visual image, and managing day-to-day recording and production process of albums." (PSR Para. 106)

### III. Conclusion

For the foregoing reasons, Mr. Ebron respectfully requests that the Court grant Mr. Ebron's objections and that the PSR be amended.

Dated: October 3, 2011

Respectfully Submitted,

**Cochran Firm - Los Angeles**

By: _____

Jamon R. Hicks

## Kristen Devezin

**From:** cacd_ecfmail@cacd.uscourts.gov
**Sent:** Monday, October 03, 2011 2:30 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:10-cr-01236-R USA v. Brascom et al Notice of Manual Filing (G-92)

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Hicks, Jamon on 10/3/2011 at 2:29 PM PDT and filed on 10/3/2011

**Case Name:** USA v. Brascom et al
**Case Number:** 2:10-cr-01236-R
**Filer:** Dft No. 3 - Darrin Ebron
**Document Number:** 218

**Docket Text:**
NOTICE of Manual Filing of Defendant's Objections to the United State Probation Officer's Pre-Sentence Report filed by Defendant Darrin Ebron (Hicks, Jamon)

**2:10-cr-01236-R-3 Notice has been electronically mailed to:**

David A Elden    elden@innocent.com, eldenlawoffice@gmail.com

David Matthew Philips    davidmphilips@sbcglobal.net

Jamon R Hicks    jhicks@cochranfirm.com, kdevezin@cochranfirm.com, rroberson@cochranfirm.com

Joseph F Walsh    attyjoewalsh@aol.com

Rob B Villeza    USACAC.Criminal@usdoj.gov, rob.villeza@usdoj.gov

Sara Azari    sara@azarilaw.com, saraneyd@aol.com

Stephanie Ames    stephanieames@msn.com

10/3/2011

Timothy E Nilan    timnilan@verizon.net, pkaihara@verizon.net

Victor Sherman    ssvictor@aol.com

**2:10-cr-01236-R-3 Notice has been delivered by First Class U. S. Mail or by other means to: :**

Gerson S Horn
Gerson S Horn Law Offices
11661 San Vicente Boulevard, Suite 903
Los Angeles, CA 90049

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Manual Filing - Ebron.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/3/2011] [FileNumber=12384046-0
] [3590007102ac849e158cf4411912fec072487158578f60767772de3509b8beb1be4
d7327e5cacb3a079d3631f455c5cd37d464d50936ce7a5e2eff06e1572672]]

10/3/2011